620

John Hohner et al., Appellants, v. American Silica Corporation et al., Appellees.

Gen. No. 9,535. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed May 15, 1940. John H. Armstrong, Butters & Berry, Robb J. Purcell and R. A. Green, for appellants; Edward G. Woods and Hibbs & Pool, for certain appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

Hattie Gabl v. Frank Gabl and Anna Funk, Intervening Petitioners.
Anna Funk, Appellee, v. Hattie Gabl, Appellant.

Gen. No. 40,422. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1938; opinion filed May 28, 1940; rehearing denied June 12, 1940. Charles J. Russell, for appellant; J. Willis Dix, for appellee; George C. Otto, of counsel. Opinion by PRESIDING JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''